# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| COLLAB9, LLC, | : | |
| | : | |
| Plaintiff/ Counterclaim Defendant, | : | |
| | : | |
| | : | |
| v. | : | C.A. NO. N16C-12-032 MMJ CCLD |
| | : | |
| EN POINTE TECHNOLOGIES SALES, LLC and PCM, INC., | : | |
| | : | |
| Defendants/Counterclaim Plaintiffs/ Third-Party Plaintiffs. | : | |
| | : | |

---

| | | |
|---|---|---|
| EN POINTE TECHNOLOGIES SALES, LLC and PCM, INC., | : | |
| | : | |
| Counterclaim Plaintiffs/Third-Party Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| COLLAB9, LLC and ATTIAZAZ MUNAWAR DIN, | : | |
| | : | |
| Counterclaim Defendant and | | |

Submitted: May 5, 2020
Decided: May 15, 2020

On The PCM Parties' Motion for Entry of an Order Governing the Production and
Exchange of Confidential and Highly Confidential Information

## O R D E R

The Court has reviewed the Motion, Opposition and Cross-Motion. The Court finds that a two-tiered confidentiality order will not create severe obstacles for the parties and their counsel. Additionally compelling circumstances warrant protection of certain highly confidential information.

To ensure that counsel are able to fully consult with their clients, the Court directs the parties to confer and submit a proposed order incorporating a provision permitting counsel to share Highly Confidential information with one or more select client liaisons.

**IT IS SO ORDERED.**

The Honorable Mary M. Johnston

2